```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

KRISTIN A GROHOSKY and
SANDRA L FISHER,

      Plaintiffs,

v.                                    Case No:  2:21-cv-477-JES-MRM

WORLDWIDE FLIGHT SERVICES,
INC.,

      Defendant.

## ORDER

This matter comes before the Court on the parties' Stipulation of Discontinuance With Prejudice (Doc. #38) filed on November 23, 2021, and Joint Motion to Voluntarily Dismiss With Prejudice (Doc. #39) and Amended Stipulation of Discontinuance With Prejudice (Doc. #40). The parties have agreed to discontinue and dismiss the case without prejudice and without attorneys' fees or costs to any party. A case is deemed dismissed upon the filing of a stipulation requiring no further court action. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of November 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record